FOR THE DISTRICT COURT OF MARYLAND

CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY, MARYLAND
14735 Main Street, Upper Marlboro, Maryland, 20772

Case Number: C-16-CV-24-005718/ 8:25-CV-00272(DLB)
Issue Date: 12/02/2024
Tort: Sale of Property

MICHELDEANGELOU PERFVWAYBELAYOUIX,
13412 Yorktown Dr, Bowie MD, 20715

VS

UNIVERSAL MUSIC GROUP/AUBREY DRAKE GRAHAM,
North Brand BLVD, #700 Glendale, CA, 91203

Dear Judge,

From within my illustrative property of Micheldeangelou Perfvwaybelayouix explains the differences of DNA structures in comparison to both songs, Way 2 Sexy and Reach for the Skies; What are quoted on my property states, "There is a Nobel Peace Prize effort within this data that reflects with perfect symmetry on the copyrights lawsuit of Micheldeangelou Perfvwaybelayouix." &, "African hair is remarkably different than a Caucasian's hair and are sourced as a reason to be because of differences in DNA structures.". Showing an exemplary difference in cellular structure and nucleotides on varying examples. The comparison shows that Way 2 Sexy along with the Double Helix are composed of elements found of Reach for the Skies along with the newer categories for nucleic identification on nucleotides within the differences of DNA.

Exclusively, I am sharing the reasons why this lawsuit from Micheldeangelou are importantly the, "NOBEL GOLDEN EGG" of society is because there are education systems all through out the country and the world at a misunderstanding that DNA for every race are to be categorized appropriately and effectively identifying the map to a human's race such as a simple conversation asking an African-American how that person is doing and he or she responds, "well, I am doing fine actually where I have just came to realize that my DNA are comprised of different coordinate coordinations found from that of the President of this country and ya know that really scares me because the leadership of this country may never really understand what it means for me to be African in the future of this country.". The conversation from this data opens up an entirely new perspective of Democratic socioeconomic opinion to the Republic party behind the President of the United States. This information describing why black persons were shown hellish antagonizations for nooses in hangings then showing why American civil war became historical among stronger elements for social and racial equality as even till this very day, racism goes unchecked on modern society that has yet to answer for what racism is; Until today where my property's claim is what answers for racism and interracial coordination entirely.

## FOR THE DISTRICT COURT OF MARYLAND

## Property of Micheldeangelou Perfvwaybelayouix :



bebelayouix@gmail.com
13412 Yorktown Dr, Bowie, MD, 20715
202-948-6948